**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| William T. Smith, | : | Case No. 19-11306 (MDC) |
| | : | |
| Debtor. | : | **Hearing Date: June 25, 2019 at 10:30 a.m.** |
| | : | **Objections Due: June 19, 2019** |

**NOTICE OF MOTION,**
**RESPONSE DEADLINE AND HEARING**

PLEASE TAKE NOTICE THAT Police and Fire Federal Credit Union ("PFFCU") has filed a Motion for an Order Granting Relief from the Automatic Stay to Exercise Rights with respect to 2645 Parma Road, Philadelphia, PA 19131 (the "Motion") with the Court.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the Court to grant the relief sought in the Motion** or if you want the Court to consider your views on the Motion, then on or before **June 19, 2019 you or your attorney must file a response to the Motion.** (See Instructions on next page).

3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman, on **June 25, 2019 at 10:30 a.m.** at the United States Bankruptcy Court, Courtroom #2, 900 Market Street, Philadelphia, Pennsylvania, 19107. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a Response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

1. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

2. **If you are not required to file electronically,** you must file your response at

    **United States Bankruptcy Court**
    **Eastern District Of Pennsylvania**
    **Clerk's Office**
    **900 Market Street, Suite 400**
    **Philadelphia, PA 19107**

3. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Anne M. Aaronson, Esquire
    Dilworth Paxson, LLP
    1500 Market Street, Suite 3500E
    Philadelphia, PA 19102
    (215) 575-7000
    (215) 757-7200 (fax)
    aaaronson@dilworthlaw.com

DILWORTH PAXSON LLP

/s/ Anne M. Aaronson
Anne M. Aaronson
1500 Market St., Suite 3500E
Philadelphia, PA 19102
(215) 575-7100

Dated: June 5, 2019          *Attorneys for Police and Fire Federal Credit Union*