# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 19-11306-MDC

WILLIAM T SMITH

2645 PARMA ROAD

PHILADELPHIA, PA 19131

         Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
WILLIAM T SMITH

2645 PARMA ROAD

PHILADELPHIA, PA 19131

**Counsel for debtor(s), by electronic notice only.**
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                       /s/ William C. Miller

Date: 6/7/2019

                     _____
                     William C. Miller, Esquire
                     Chapter 13 Standing Trustee