# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :   Chapter 13
                                          :
William T. Smith,                         :   Case No. 19-11306 (MDC)
                                          :
                            Debtor.       :

## ORDER GRANTING MOTION OF POLICE AND FIRE FEDERAL CREDIT UNION FOR RELIEF FROM THE AUTOMATIC STAY TO EXERCISE RIGHTS WITH RESPECT TO 2645 PARMA ROAD, PHILADELPHIA, PA 19131

Upon consideration of the Motion of the Police and Fire Federal Credit Union ("PFFCU"), for an Order Granting Relief from the Automatic Stay to exercise Rights with respect to Real Property (the "Motion"), and any objections and responses thereto, it is hereby ORDERED

1. The Motion is granted in its entirety.

2. PFFCU is hereby granted relief from the automatic stay pursuant to § 362(d) to exercise its rights with respect to the Real Property, as defined in the Motion. *as provided for under the terms of the loan documents only.*

BY THE COURT:

_Magdeline D. C_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

Dated: ~~May~~ June 25, 2019

3

120939235_1