# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-11306-MDC

WILLIAM T SMITH

2645 PARMA ROAD

PHILADELPHIA, PA 19131

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  WILLIAM T SMITH

  2645 PARMA ROAD

  PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

  CIBIK & CATALDO
  1500 WALNUT STREET
  SUITE 900
  PHILA, PA 19102-

Date: 6/28/2019

        /S/ William C. Miller
        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee