United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
William T. Smith
    Debtor

Case No. 19-11306-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: TashaD    Page 1 of 1    Date Rcvd: Jun 27, 2019
                 Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.
db         +William T. Smith,   2645 Parma Road,   Philadelphia, PA 19131-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:
        ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
         aaaronson@dilworthlaw.com,
         mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
        KEVIN G. MCDONALD    on behalf of Creditor    Government Loan Securitization Trust 2011-FV1 by U.S.
         Bank National Association, as Co-Trustee and U.S. Bank Trust National  Association as Delaware
         Trustee bkgroup@kmllawgroup.com
        MICHAEL A. CATALDO2    on behalf of Debtor William T. Smith ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Debtor William T. Smith ecf@ccpclaw.com,  igotnotices@ccpclaw.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
         karena.blaylock@phila.gov
        REBECCA ANN SOLARZ    on behalf of Creditor    Government Loan Securitization Trust 2011-FV1 by
         U.S. Bank National Association, as Co-Trustee and U.S. Bank Trust National  Association as
         Delaware Trustee bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                    TOTAL: 8

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
:
William T. Smith, : Case No. 19-11306 (MDC)
:
              Debtor. :

## ORDER GRANTING MOTION OF POLICE AND FIRE FEDERAL CREDIT UNION FOR RELIEF FROM THE AUTOMATIC STAY TO EXERCISE RIGHTS WITH RESPECT TO 2645 PARMA ROAD, PHILADELPHIA, PA 19131

Upon consideration of the Motion of the Police and Fire Federal Credit Union ("PFFCU"), for an Order Granting Relief from the Automatic Stay to exercise Rights with respect to Real Property (the "Motion"), and any objections and responses thereto, it is hereby ORDERED

1. The Motion is granted in its entirety.

2. PFFCU is hereby granted relief from the automatic stay pursuant to § 362(d) to exercise its rights with respect to the Real Property, as defined in the Motion. *as provided for under the terms of the loan documents only.*

BY THE COURT:

*Magdeline D. C*———
Magdeline D. Coleman
Chief United States Bankruptcy Judge

Dated: ~~May~~ June 25, 2019

3

120939235_1