United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-11306-mdc
William T. Smith                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 1          Date Rcvd: Aug 23, 2019
                              Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
db              +William T. Smith,   2645 Parma Road,   Philadelphia, PA 19131-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
          ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
           aaaronson@dilworthlaw.com,
           mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Portfolio Recovery Associates, LLC
           jschwartz@mesterschwartz.com
          KEVIN G. MCDONALD    on behalf of Creditor    Government Loan Securitization Trust 2011-FV1 by U.S.
           Bank National Association, as Co-Trustee and U.S. Bank Trust National  Association as Delaware
           Trustee bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor William T. Smith ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor William T. Smith ecf@ccpclaw.com,  igotnotices@ccpclaw.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    Government Loan Securitization Trust 2011-FV1 by
           U.S. Bank National Association, as Co-Trustee and U.S. Bank Trust National  Association as
           Delaware Trustee bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                              TOTAL: 10

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| WILLIAM T. SMITH, | ) | |
| Debtor | ) | CASE NO. 19-11306-mdc |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | **HEARING DATE**: |
| ASSIGNEE OF ALLY FINANCIAL ("PRA"), | ) | Tuesday, August 20, 2019 |
| BY AND THROUGH ITS SERVICING AGENT, | ) | 10:30 a.m. |
| PRA RECEIVABLES MANAGEMENT, LLC, | ) | |
| | ) | |
| Movant | ) | |
| vs. | ) | **LOCATION**: |
| WILLIAM T. SMITH, | ) | U.S. Bankruptcy Court |
| | ) | Eastern District of Pennsylvania |
| Respondent | ) | Courtroom # 2 |
| and | ) | 900 Market Street |
| WILLIAM C. MILLER, | ) | Philadelphia, PA 19107 |
| Trustee | ) | |

## ORDER

AND NOW, this 21st day of August , 2019, based upon the Motion submitted and

attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The

automatic stay is lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle

possession (2014 DODGE Durango, V.I.N. 1C4RDJAG7EC314103) and is hereby permitted to

levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the

loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect,

notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.


Magdeline D. Coleman
Chief United States Bankruptcy Judge