IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                          :
                                                :       Chapter 13
        WILLIAM T. SMITH,                       :
                                                :       Bankruptcy No. 19-11306 (MDC)
                        Debtor.                 :
-------------------------------------------------------x
```

# **PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #37 filed by the City of Philadelphia on May 14, 2019.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: September 3, 2019        By:     /s/ Pamela Elchert Thurmond
                                        PAMELA ELCHERT THURMOND
                                        Deputy City Solicitor
                                        PA Attorney I.D. 202054
                                        City of Philadelphia Law Department
                                        1401 JFK Blvd., 5th Floor
                                        Philadelphia, PA  19102-1595
                                        215-686-0508 (phone)
                                        215-686-0588 (facsimile)
                                        Email: Pamela.Thurmond@phila.gov