# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                       Chapter 13

                       Bankruptcy No. 19-11306-MDC

WILLIAM T SMITH

2645 PARMA ROAD

PHILADELPHIA, PA 19131

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    WILLIAM T SMITH

    2645 PARMA ROAD

    PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

Date: 9/10/2019

                                               /S/ William C. Miller
                                             _____

                                             William C. Miller, Esquire
                                             Chapter 13 Standing Trustee