# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William T. Smith<br>                Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC as servicer for Government Loan Securitization Trust 2011-FV1 by U.S. Bank National Association, as Co-Trustee and U.S. Bank Trust National Association as Delaware Trustee, its successors and/or assigns<br>                Movant<br>   vs.<br>William T. Smith<br>                Debtor(s)<br>William C. Miller Esq.<br>                Trustee | NO. 19-11306 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Specialized Loan Servicing LLC as servicer for Government Loan Securitization Trust 2011-FV1 by U.S. Bank National Association, as Co-Trustee and U.S. Bank Trust National Association as Delaware Trustee, which was filed with the Court on or about **May 14, 2019 : Docket #38** .

                                      Respectfully submitted,

                                      **/s/ Kevin G. McDonald, Esquire**
                                      Kevin G. McDonald, Esquire
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      412-430-3594

October 2, 2019