IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: WILLIAM T. SMITH         ) | | |
| **Debtor**                      ) | | |
|                                 ) | CHAPTER 13 | |
| CREDIT ACCEPTANCE CORPORATION   ) | | |
| **Moving Party**                ) | Case No.: 19-11306 (MDC) | |
|                                 ) | | |
| v.                              ) | **Hearing Date:  9-10-19 at 10:30 AM** | |
|                                 ) | | |
| WILLIAM T. SMITH                ) | 11 U.S.C. 362 | |
| **Respondent**                  ) | | |
|                                 ) | | |
| WILLIAM C. MILLER               ) | | |
| **Trustee**                     ) | | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Motion For Stay Relief, and filed on or about September 26, 2019 in the above matter is APPROVED.

Dated: October 31, 2019

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge