**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>William T. Smith | : | CHAPTER 13 |
| DEBTOR | : | BKY. NO.  19-11306MDC13 |

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Supplemental Application  and Supplemental Application to Approve Counsel Fees.

    Respectfully Submitted,

Date:  June 5, 2020          _____s/_____
    MICHAEL A. CATALDO, ESQUIRE
    CIBIK & CATALDO, P.C.
    1500 WALNUT  STREET, STE. 900
    PHILADELPHIA, PA  19102
    (215) 735-1060