**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :        CHAPTER 13

William T. Smith
    DEBTOR                              :        BKY. NO.  19-11306MDC13

## ORDER

AND NOW, this  19th  day of  June  2020, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the *First Modified Plan* filed May 13, 2020 as document number 91  is approved.

By the Court:

_____
Hon. Magdeline D. Coleman
Chief U.S. BANKRUPTCY JUDGE