United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11306-mdc
William T. Smith                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: TashaD    Page 1 of 1    Date Rcvd: Jun 19, 2020
                           Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
db             +William T. Smith,   2645 Parma Road,   Philadelphia, PA 19131-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2020 at the address(es) listed below:
      ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
      aaaronson@dilworthlaw.com,
      mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
      JASON BRETT SCHWARTZ    on behalf of Creditor    Portfolio Recovery Associates, LLC
      jschwartz@mesterschwartz.com
      KEVIN G. MCDONALD    on behalf of Creditor    Government Loan Securitization Trust 2011-FV1 by U.S.
      Bank National Association, as Co-Trustee and U.S. Bank Trust National  Association as Delaware
      Trustee bkgroup@kmllawgroup.com
      MICHAEL A. CATALDO2    on behalf of Debtor William T. Smith ecf@ccpclaw.com,
      igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor William T. Smith ecf@ccpclaw.com,   igotnotices@ccpclaw.com
      PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
      karena.blaylock@phila.gov
      REBECCA ANN SOLARZ    on behalf of Creditor    Government Loan securitization Trust 2011-FV1, U.S.
      Bank Trust National Association, Et Al... bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Government Loan Securitization Trust 2011-FV1 by
      U.S. Bank National Association, as Co-Trustee and U.S. Bank Trust National  Association as
      Delaware Trustee bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
      ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                    TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  :        CHAPTER 13

William T. Smith
    DEBTOR                                          :        BKY. NO. 19-11306MDC13

## ORDER

AND NOW, this  19th  day of  June  2020, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the *First Modified Plan* filed May 13, 2020 as document number 91 is approved.

By the Court:

_Magdeline D. Coleman_

Hon. Magdeline D. Coleman
Chief U.S. BANKRUPTCY JUDGE