United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11306-mdc
William T. Smith                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: TashaD         Page 1 of 1          Date Rcvd: Jun 23, 2020
                          Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2020.
db             +William T. Smith,    2645 Parma Road,    Philadelphia, PA 19131-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
              ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               aaaronson@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Portfolio Recovery Associates, LLC
               jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    Government Loan Securitization Trust 2011-FV1 by U.S.
               Bank National Association, as Co-Trustee and U.S. Bank Trust National  Association as Delaware
               Trustee bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor William T. Smith ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor William T. Smith ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Government Loan securitization Trust 2011-FV1, U.S.
               Bank Trust National Association, Et Al... bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Government Loan Securitization Trust 2011-FV1 by
               U.S. Bank National Association, as Co-Trustee and U.S. Bank Trust National  Association as
               Delaware Trustee bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   WILLIAM T. SMITH          :        Chapter 13

DEBTOR)                             :        Bankruptcy No. 19-11306MDC13

**O R D E R**

AND NOW, this    23rd    day of    June    , 2020 upon consideration of Debtor's Counsel's Application to Approve Supplemental Fees for services rendered after Confirmation pursuant to Local Rule 2016-2.

It is Ordered that Fees in the amount of $750 are Approved to Cibik & Cataldo, P.C. in relation to services rendered for modifying the plan after confirmation.

Upon approval of the Supplemental Fee Application the trustee shall pay counsel's administrative priority fees in accordance with the modified plan.

By the Court:

_____
HON. MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge