**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                      Chapter 13

                      Bankruptcy No. 19-11306-MDC

WILLIAM T SMITH

2645 PARMA ROAD

PHILADELPHIA, PA 19131

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    WILLIAM T SMITH

    2645 PARMA ROAD

    PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

Date: 9/22/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee