**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                        Chapter 13

                        Bankruptcy No. 19-11306-MDC

WILLIAM T SMITH

2645 PARMA ROAD

PHILADELPHIA, PA 19131

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WILLIAM T SMITH

2645 PARMA ROAD

PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

                                      /S/ William C. Miller

Date: 4/7/2021                      _____

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee