United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William T. Smith  
Debtor

Case No. 19-11306-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Oct 28, 2022     Form ID: pdf900     Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William T. Smith, 2645 Parma Road, Philadelphia, PA 19131-2708 |
| cr | + | Government Loan Securitization Trust 2011-FV1, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14281916 | + | Frederic Weinberg, Esq., Law Offices of Frederic I. Weinberg & A, 375 E. Elm Street Ste 210, Conshohocken, PA 19428-1973 |
| 14281918 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14281920 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14281921 | + | Phelan, Halinan, Diamond & Jones, Suite 1400, 1617 JFK Boulevard, Philadelphia, PA 19103-1814 |
| 14281923 | + | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14284847 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14321141 | + | Specialized Loan Servicing, LLC, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14281928 | | Unifund CCR Partners, Joel Fink, Esq., 275 E. Elm St., Suite 210, Conshohocken, PA 19428 |
| 14281927 | + | Unifund CCR Partners, Gordon & Weinberg, PC, 1001 E. Hector Street, Suite 220 Conshohocken, PA 19428-2395 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 28 2022 23:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2022 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Oct 28 2022 23:43:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 28 2022 23:43:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14281906 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 28 2022 23:43:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14285111 | | Email/Text: megan.harper@phila.gov | Oct 28 2022 23:43:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14281909 | | Email/Text: megan.harper@phila.gov | Oct 28 2022 23:43:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14281910 | | Email/Text: megan.harper@phila.gov | Oct 28 2022 23:43:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14325087 | | Email/Text: megan.harper@phila.gov | Oct 28 2022 23:43:00 | CITY OF PHILADELPHIA, c/o Pamela Elchert Thrumond, Tax & Revenue Unit, 1401 JOHN F. |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2022 | Form ID: pdf900 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | | KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14281907 | + | Email/Text: ecf@ccpclaw.com | Oct 28 2022 23:43:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14281911 | + | Email/Text: bankruptcy@philapark.org | Oct 28 2022 23:43:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14281912 | + | Email/Text: documentfiling@lciinc.com | Oct 28 2022 23:43:00 | Comcast Cable, P.O. Box 3006, Southeastern, PA 19398-3006 |
| 14281913 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 28 2022 23:43:00 | Credit Acceptance, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14281914 | ^ | MEBN | Oct 28 2022 23:41:47 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14281915 | ^ | MEBN | Oct 28 2022 23:41:54 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14576466 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 28 2022 23:43:00 | Government Loan Securitization Trust 2011-FV1 (See, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14281917 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2022 23:43:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14309978 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2022 23:50:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14281919 | | Email/Text: bankruptcygroup@peco-energy.com | Oct 28 2022 23:43:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14281922 | + | Email/Text: bankruptcy@philapark.org | Oct 28 2022 23:43:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14557349 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 28 2022 23:43:00 | Specialized Loan Servicing LLC, C/O Natalie Lea, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14281926 | | Email/Text: DASPUBREC@transunion.com | Oct 28 2022 23:43:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14281925 | + | Email/Text: bncmail@w-legal.com | Oct 28 2022 23:43:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14324080 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 28 2022 23:43:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14281929 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 28 2022 23:50:31 | Wells Fargo Home Mtg, Written Correspondence Resolutions, MAC#X2302-04E PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Government Loan Securitization Trust 2011-FV1, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14281908 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14281924 | *+ | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 28, 2022 | Form ID: pdf900 | Total Noticed: 36

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2022 at the address(es) listed below:**

**Name** — **Email Address**

ANNE M. AARONSON
on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor Government Loan securitization Trust 2011-FV1 U.S. Bank Trust National Association, Et Al... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor Government Loan Securitization Trust 2011-FV1 by U.S. Bank National Association as Co-Trustee and U.S. Bank Trust National Association as Delaware Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
on behalf of Creditor Portfolio Recovery Associates LLC jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor Government Loan Securitization Trust 2011-FV1 by U.S. Bank National Association as Co-Trustee and U.S. Bank Trust National Association as Delaware Trustee bkgroup@kmllawgroup.com

MICHAEL A. CIBIK
on behalf of Debtor William T. Smith mail@cibiklaw.com cibiklawpc@jubileebk.net

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 10

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| WILLIAM T SMITH | |
| Debtor | Bankruptcy No. 19-11306-MDC |

# ORDER

**AND NOW**, this ___27th___ day of _____October_____ 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL A. CIBIK, ESQ.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102-

Debtor:
WILLIAM T SMITH

2645 PARMA ROAD

PHILADELPHIA, PA 19131